**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY CONNER, individually and as the
representative of a class of similarly situated persons,

                    Plaintiff,

Case No.   1:21-cv-3939-ENV-TAM

- against -

SHIPMAN ASSOCIATES, LLC
d/b/a TheBalm Cosmetics,

                    Defendants.
-----------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Shipman Associates, LLC. No Answer has been filed in this case.

Dated: Scarsdale, New York
         September 13, 2021

SHAKED LAW GOUP, P.C.
Attorneys for Plaintiff

By: /s/Dan Shaked
   Dan Shaked, Esq.
   14 Harwood Court, Suite 415
   Scarsdale, NY 10583
   Tel. (917) 373-9128
   Fax (718) 704-7555
   e-mail: ShakedLawGroup@Gmail.com

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 9/15/2021

/s/ Eric N. Vitaliano
_____
**Eric N. Vitaliano**
**United States District Judge**

*The Clerk is directed to close this case.*